**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                        **DATE**: 2/7/18
**JUDGE:** JOHN MICHAEL VAZQUEZ
**COURT REPORTER:** John Stone

**TITLE OF CASE:**                                        **DOCKET# 17-67**

UNITED STATES OF AMERICA
       vs.

Julie Andresen

**APPEARANCES:**

Erica Liu, AUSA for Government
Judson Aaron, Esq. for Defendant
Stacey Orvetz, Esq. for Defendant
Kimberly Artist, Probation Officer
**Defendant present.**

**Nature of Proceedings**: SENTENCING ON Count One

Imprisonment – 15 months
Supervised Release – 3 years
Special conditions:  new debt, financial disclosure, mental health evaluation and treatment, self-employment/business disclosure, etc.
Special Assessment - $100.00   due immediately.
Defendant advised of right to appeal.
Restitution:  956,885.06 interest waived, payments of no less than $500 a month commencing 30 days after release from confinement.
Fine waived.
Defendant to self-surrender upon designation by the Bureau of Prisons.
Self-surrender upon designation by the Bureau of Prison no sooner than 9/10/18.

**Time Commenced: 1:30**
**Time Adjourned:  3:30**
**Total Time: 2:00**

                                          RoseMarie Olivieri
                                          SENIOR COURTROOM DEPUTY