PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Julie Andresen                                Cr.: 17-00067-001
                                                                                            PACTS #: 3242093

Name of Sentencing Judicial Officer:     THE HONORABLE JOHN MICHAEL VAZQUEZ
                                                                      UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/07/2018

Original Offense:     Count One: Attempt and Conspiracy To Commit Fraud., 18:1349

Original Sentence: 15 months imprisonment, 36 months supervised release

Special Conditions: $100 Special Assessment, $956,885.06 Restitution, Financial Disclosure, Mental Health Treatment, No New Debt/Credit, Self-Employment/Business Disclosure, Forfeiture

Type of Supervision: Supervised Release                     Date Supervision Commenced: 10/02/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Julie Andresen was ordered to pay $956,885.06 restitution at a rate of $500 per month. Thus far Ms. Andresen has been consistent with her monthly restitution payments to date. The current balance is $951,885.06. |

U.S. Probation Officer Action:
Julie Andresen was released on October 2, 2019 and has been on supervised release with the District of New Jersey since her release date. It was determined that Ms. Andresen owes $956,985.06 in restitution, with payments set at $500 per month, which since her release, she has been consistent in her payments. Ms. Andresen also has a forfeiture money judgement of $161,378.85, which is currently pending eligibility of restoration from Washington.

Ms. Andresen and her husband are self-employed and own a construction company and cabinet store in Maple Shade, New Jersey. Since March and the start of the mandatory social distancing and quarantine, Ms. Andresen indicated that her business and therefore their income has rapidly declined. The probation office conducted a financial investigation of Ms. Andresen's finances, to include monthly cash flow. Due to the current climate of the economy and a rapid decline in their monthly cash flow in, the probation office has concluded that Ms. Andresen is unable to afford the $500 a month restitution during this time. The probation office is requesting that Ms. Andresen's restitution payments be suspended for six months, so that Ms. Andresen can maintain her household without financial duress. Again, Ms. Andresen has been compliant with her restitution payments thus far.

Prob 12A – page 2  
Julie Andresen

Respectfully submitted,

*Kelly Sullivan/sa*

By:  Kelly M. Sullivan  
U.S. Probation Officer  
Date:  04/20/2020

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Monthly restitution payment is suspended for six months (as recommended by the Probation Office)

_____  
Signature of Judicial Officer

4/23/2020  
_____  
Date